**MATTLEMAN, WEINROTH & MILLER, P.C.**
Alicia M. Sandoval, Esquire
Attorney I.D. No. 311874
401 Route 70 East, Suite 100
Cherry Hill, NJ 08034
(856) 429-5507
*Attorneys for Creditor Bayview Loan Servicing, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| IN RE: | : | Chapter 13 Proceeding |
|---|---|---|
|  | : |  |
| **Jennifer Connor,** | : | Bankruptcy No. 14-11655-sr |
|  | : |  |
| **Debtor.** | : |  |

### NOTICE OF MOTION FOR STAY RELIEF, RESPONSE DEADLINE AND HEARING DATE

Bayview Loan Servicing, LLC, has filed a motion for stay relief with the Court to initiate or resume foreclosure proceedings against certain real property.

**Your rights may be affected.  You should read these papers and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **April 12, 2017**, you or your attorney must do all of the following:

    a. File an answer explaining your position at the United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107.

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy to Movant's attorney:

    Alicia M. Sandoval, Esquire
    Mattleman, Weinroth & Miller, P.C.
    401 Route 70 East, Suite 100
    Cherry Hill, NJ 08034
    Phone: (856) 429-5507
    Fax: (856) 964-0156

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich, U.S.B.J., on April 19, 2017 at 10:00 a.m. in Courtroom #4, United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated: 3/23/2017

/s/ Alicia M. Sandoval
Alicia M. Sandoval, Esquire
Mattleman, Weinroth & Miller, P.C.
401 Route 70 East, Suite 100
Cherry Hill, NJ 08034
(856) 429-5507
*Attorney for Movant*