United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 14-11655-sr
Jennifer Connor                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi                  Page 1 of 2                    Date Rcvd: Apr 12, 2017
                               Form ID: 210U                Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
```
db            +Jennifer Connor,    729 Brooke Circle,    Morton, PA 19070-1205
13519515      +Bayview Loan Servicing, LLC,    c/o JOSHUA ISAAC GOLDMAN,     KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13839177      +Bayview Loan Srving LLC,    c/o Thomas Puleo, Esq.,     KML Law Group PC,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
13256875      +Broomall Medical Group, P.C.,    2633 West Chester Pike,    Broomall, PA 19008-1930
13353760      +CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,    700 KANSAS LANE,
                MONROE, LA 71203-4774
13256876      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13256877       Childrens Hospital of Philadelphia,    34th and Civic Center Blvd.,    Philadelphia, PA 19104
13256878      +Crozer Keystone Health System,    One Medical Center Boulevard,    Upland, PA 19013-3995
13256879       DEL-SER, Inc.,    P.O. Box 329,   Willow Street, PA 17584-0329
13256880      +DJ Orthopedics LLC,    P.O. Box 515471,    Los Angeles, CA 90051-6771
13256881      +Ferry & Nicholas, Inc.,    Huntingdon Place Office Building,    One Braddock Road, Second Floor,
                Mount Pleasant, PA 15666-1458
13256882      +Financial Recoveries,    P.O. Box 1388,   Mount Laurel, NJ 08054-7388
13256883      +First Arnett Company,    P.O. Box 198988,   Nashville, TN 37219-8988
13256884      +Frost - Arnett Company,    P.O. Box 198988,   Nashville, TN 37219-8988
13352604      +JPMorgan Chase Bank NA,    c/o Jerome Blank, Esq.,    Phelan Hallinan LLP,
                1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13256885      +Michael B. Volk, Esquire,    Fulton, Friedman & Gullace, LLP.,     6 Kacey Court Suite 203,
                Mechanicsburg, PA 17055-9237
13256887      +Premier AD Premier Orthopaedic & Sports,    3809 West Chester Pike,    Suite 150,
                Newtown Square, PA 19073-0259
13256888      +Premier Surgical Orthopedic Association,    2004 Sproul Road,    Broomall, PA 19008-3511
13256889      +ProCo,   P.O. Box 2462,    Aston, PA 19014-0462
13256891      +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13256892      +The Bourassa Law Group, LLC,    P.O. Box 28039,   Las Vegas, NV 89126-2039
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 13 2017 01:16:27     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2017 01:16:01
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2017 01:16:14     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2017 01:11:13     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13264433       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2017 01:11:28
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13256874      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 13 2017 01:16:05     Asset Acceptance, LLC,
                Attn: Bankrupcy Dept,    Po Box 2036,   Warren, MI 48090-2036
13468742       E-mail/Text: camanagement@mtb.com Apr 13 2017 01:15:48     M&T Bank,    PO BOX 840,
                BUFFALO, NY 14240-0840
13256886      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 13 2017 01:16:06     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13464518       E-mail/PDF: rmscedi@recoverycorp.com Apr 13 2017 01:11:27
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13256890      +E-mail/PDF: pa_dc_claims@navient.com Apr 13 2017 01:11:14     Sallie Mae,
                Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
13287930       E-mail/PDF: pa_dc_litigation@navient.com Apr 13 2017 01:11:28
                Sallie Mae Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,
                Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 11
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*          ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
              (address filed with court: M&T Bank,     PO BOX 840,   BUFFALO, NY  14240-0840)
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: Randi                Page 2 of 2                   Date Rcvd: Apr 12, 2017
                               Form ID: 210U              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
              ALICIA M. SANDOVAL    on behalf of Creditor   Bayview Loan Servicing, LLC asandoval@mwm-law.com,
               hrobertson@mwm-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor   JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Bayview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor   JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              SCOTT F. WATERMAN    on behalf of Debtor Jennifer  Connor scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor   Bayview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jennifer Connor                                                          Case No: 14−11655−sr

      Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 4/12/17

Timothy B. McGrath
Clerk of Court

53
Form 210U