**MATTLEMAN, WEINROTH & MILLER, P.C.**
Alicia M. Sandoval, Esquire
Attorney I.D. No. 311874
401 Route 70 East, Suite 100
Cherry Hill, NJ 08034
(856) 429-5507
*Attorneys for Creditor Bayview Loan Servicing, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| IN RE: | : | Chapter 13 Proceeding |
|---|---|---|
|  | : |  |
| Jennifer Connor, | : | Bankruptcy No. 14-11655-sr |
|  | : |  |
| Debtor. | : |  |

### CERTIFICATION OF NO OPPOSITION

Bayview Loan Servicing, LLC ("Movant"), by and through its undersigned counsel, Alicia M. Sandoval, Esquire, hereby avers and certifies as follows:

1. The Debtor is Jennifer Connor.

2. On March 23, 2017, Movant filed with the Court a Motion for Relief from the Automatic Stay.

3. On March 23, 2017, Alicia M. Sandoval, Esquire sent a Notice of Motion, Response Deadline, and Hearing Date to the Debtor, the Debtor's attorney Scott F. Water, and the Chapter 13 Trustee Frederick R. Reigle.

4. Pursuant to L.B.R. 9014-3(i), an answer or objection to motion was due April 12, 2017.

5. To date, no answer or opposition to the Motion for Relief from the Automatic Stay has been filed.

**WHEREFORE**, Movant respectfully requests that this Honorable Court grant the requested relief without a hearing in accordance with L.B.R. 9014-3(j).

Dated:  April 18, 2017                                         /s/ Alicia M. Sandoval
                                                                            Alicia M. Sandoval, Esquire
                                                                            Attorney I.D. No. 311874