# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Re: | : | Chapter 13 Proceeding |
| Jennifer Connor | : | Case No. 14-11655-sr |
| Debtor(s) | : | The Honorable Stephen Raslavich |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Motion of Bayview Loan Servicing, LLC, by and through its attorney, ALICIA M. SANDOVAL, Esquire, under Bankruptcy Code section 362 for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

On this                 day of                 , 2017

**ORDERED, DECREED, AND ADJUDGED** that the automatic stay is hereby vacated to permit Movant, Bayview Loan Servicing, LLC, its successors and assigns, to foreclose on its mortgage and allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its right to possession of the real property commonly known as 729 Brooke Circle, Morton, PA 19070.

It is further **ORDERED** that all communications sent by Movant, Bayview Loan Servicing, LLC, in connection with proceeding against the real property including, but not limited to, notices required by state law and communications to offer and provide information with regard potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements, be sent directly to the Debtor.

The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

The relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

Dated: April 21, 2017

_____
The Honorable Stephen Raslavich
United States Bankruptcy Court

cc:   Alicia M. Sandoval, Esquire (*via ECF notification*)
      Scott F. Waterman, Esquire (*via ECF notification*)
      Frederick L. Reigle, Trustee (*via ECF notification*
      Jennifer Connor
      729 Brooke Circle
      Morton, PA 19070