United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer Connor  
      Debtor

Case No. 14-11655-sr  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Apr 21, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.  
db          +Jennifer Connor,   729 Brooke Circle,   Morton, PA 19070-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:

      ALICIA M. SANDOVAL   on behalf of Creditor   Bayview Loan Servicing, LLC asandoval@mwm-law.com, hrobertson@mwm-law.com  
      GARY F. SEITZ   gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com  
      JEROME B. BLANK   on behalf of Creditor   JPMorgan Chase Bank, National Association paeb@fedphe.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      MARIO J. HANYON   on behalf of Creditor   JPMorgan Chase Bank, National Association paeb@fedphe.com  
      SCOTT F. WATERMAN   on behalf of Debtor Jennifer Connor scottfwaterman@gmail.com, scottfwaterman@gmail.com  
      THOMAS I. PULEO   on behalf of Creditor   Bayview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                  TOTAL: 9

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Re: | : | Chapter 13 Proceeding |
| Jennifer Connor | : | Case No. 14-11655-sr |
| Debtor(s) | : | The Honorable Stephen Raslavich |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Motion of Bayview Loan Servicing, LLC, by and through its attorney, ALICIA M. SANDOVAL, Esquire, under Bankruptcy Code section 362 for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

On this            day of            , 2017

**ORDERED, DECREED, AND ADJUDGED** that the automatic stay is hereby vacated to permit Movant, Bayview Loan Servicing, LLC, its successors and assigns, to foreclose on its mortgage and allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its right to possession of the real property commonly known as 729 Brooke Circle, Morton, PA 19070.

It is further **ORDERED** that all communications sent by Movant, Bayview Loan Servicing, LLC, in connection with proceeding against the real property including, but not limited to, notices required by state law and communications to offer and provide information with regard potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements, be sent directly to the Debtor.

The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

      The relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

Dated: <u>April 21, 2017</u>

                                            The Honorable Stephen Raslavich
                                            United States Bankruptcy Court

cc:    Alicia M. Sandoval, Esquire (*via ECF notification*)
       Scott F. Waterman, Esquire (*via ECF notification*)
       Frederick L. Reigle, Trustee (*via ECF notification*
       Jennifer Connor
       729 Brooke Circle
       Morton, PA 19070