United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-11655-sr
Jennifer Connor                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Cathleen        Page 1 of 2        Date Rcvd: Apr 24, 2017
                            Form ID: 309A         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.
```
db             +Jennifer Connor,    729 Brooke Circle,    Morton, PA 19070-1205
13839177       +Bayview Loan Srving LLC,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13256875       +Broomall Medical Group, P.C.,    2633 West Chester Pike,    Broomall, PA 19008-1930
13353760       +CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,    700 KANSAS LANE,
                 MONROE, LA 71203-4774
13256876       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13256877        Childrens Hospital of Philadelphia,    34th and Civic Center Blvd.,    Philadelphia, PA 19104
13256878       +Crozer Keystone Health System,    One Medical Center Boulevard,    Upland, PA 19013-3995
13256879        DEL-SER, Inc.,    P.O. Box 329,    Willow Street, PA 17584-0329
13256880        DJ Orthopedics LLC,    P.O. Box 515471,    Los Angeles, CA 90051-6771
13256881       +Ferry & Nicholas, Inc.,    Huntingdon Place Office Building,    One Braddock Road, Second Floor,
                 Mount Pleasant, PA 15666-1458
13256882       +Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
13256883       +First Arnett Company,    P.O. Box 198988,    Nashville, TN 37219-8988
13256884       +Frost - Arnett Company,    P.O. Box 198988,    Nashville, TN 37219-8988
13352604       +JPMorgan Chase Bank NA,    c/o Jerome Blank, Esq.,    Phelan Hallinan LLP,
                 1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13256885       +Michael B. Volk, Esquire,    Fulton, Friedman & Gullace, LLP.,    6 Kacey Court Suite 203,
                 Mechanicsburg, PA 17055-9237
13256887       +Premier AD Premier Orthopaedic & Sports,    3809 West Chester Pike,    Suite 150,
                 Newtown Square, PA 19073-0259
13256888       +Premier Surgical Orthopedic Association,    2004 Sproul Road,    Broomall, PA 19008-3511
13256889       +ProCo,   P.O. Box 2462,    Aston, PA 19014-0462
13256891       +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13256892       +The Bourassa Law Group, LLC,    P.O. Box 28039,    Las Vegas, NV 89126-2039
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: scottfwaterman@gmail.com Apr 25 2017 01:25:14      SCOTT F. WATERMAN,
                 110 West Front Street,    Media, PA   19063
tr             +EDI: FGARYFSEITZ.COM Apr 25 2017 01:23:00      GARY F. SEITZ,
                 Gellert Scali Busenkell & Brown LLC,    The Curtis Center,    601 Walnut Street,
                 Suite 280 South,    Philadelphia, PA 19106-3323
smg             E-mail/Text: bankruptcy@phila.gov Apr 25 2017 01:25:57      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2017 01:25:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 25 2017 01:25:52      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 25 2017 01:25:44      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13264433        EDI: AIS.COM Apr 25 2017 01:23:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK   73126-8941
13256874       +EDI: ACCE.COM Apr 25 2017 01:23:00      Asset Acceptance, LLC,    Attn: Bankrupcy Dept,
                 Po Box 2036,    Warren, MI 48090-2036
13468742        E-mail/Text: camanagement@mtb.com Apr 25 2017 01:25:28      M&T Bank,    PO BOX 840,
                 BUFFALO, NY 14240-0840
13256886       +EDI: MID8.COM Apr 25 2017 01:23:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
13464518        EDI: RECOVERYCORP.COM Apr 25 2017 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13256890       +EDI: NAVIENTFKASMSERV.COM Apr 25 2017 01:23:00      Sallie Mae,    Attn: Claims Department,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
13287930        EDI: NAVIENTFKASMGUAR.COM Apr 25 2017 01:23:00      Sallie Mae Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Certificate of Notice    Page 2 of 4

```
District/off: 0313-2          User: Cathleen              Page 2 of 2                  Date Rcvd: Apr 24, 2017
                              Form ID: 309A               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              ALICIA M. SANDOVAL    on behalf of Creditor    Bayview Loan Servicing, LLC asandoval@mwm-law.com,
               hrobertson@mwm-law.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bayview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              SCOTT F. WATERMAN    on behalf of Debtor Jennifer   Connor scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Bayview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jennifer Connor<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3139**<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13**   **3/5/14** |
| Case number: | **14–11655–sr** | Date case converted to chapter **7**   **4/12/17** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jennifer Connor | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 729 Brooke Circle<br>Morton, PA 19070 | |
| 4. | **Debtor's attorney**<br>Name and address | SCOTT F. WATERMAN<br>110 West Front Street<br>Media, PA 19063 | Contact phone (610) 566–6177<br>Email: scottfwaterman@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>The Curtis Center<br>601 Walnut Street<br>Suite 280 South<br>Philadelphia, PA 19106 | Contact phone 215–238–0011<br>Email: gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Jennifer Connor**                                                                                                              Case number **14–11655–sr**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 4/24/17 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 18, 2017 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/17/17** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                              page **2**