*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 7

Jennifer Connor                                                : Case No. 14–11655–sr
      Debtor(s)

***ORDER***
_____

AND NOW, this day , July 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

          By The Court

          Stephen Raslavich
          Judge , United States Bankruptcy Court

65
Form 195