United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer Connor  
    Debtor

Case No. 14-11655-sr  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 27, 2017  
                      Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.  
db         +Jennifer Connor,    729 Brooke Circle,    Morton, PA 19070-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:  
       ALICIA M. SANDOVAL    on behalf of Creditor    Bayview Loan Servicing, LLC  
        alicia.sandoval@obermayer.com  
       GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com  
       JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association  
        paeb@fedphe.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bayview Loan Servicing, LLC  
        bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association  
        paeb@fedphe.com  
       SCOTT F. WATERMAN    on behalf of Debtor Jennifer Connor scottfwaterman@gmail.com,  
        scottfwaterman@gmail.com  
       THOMAS I. PULEO    on behalf of Creditor    Bayview Loan Servicing, LLC tpuleo@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Jennifer Connor : Case No. 14–11655–sr
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , July 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

65
Form 195