United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer Connor  
     Debtor

Case No. 14-11655-sr  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 2    Date Rcvd: Jul 27, 2017  
                  Form ID: 318    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.

```
db          +Jennifer Connor,    729 Brooke Circle,    Morton, PA 19070-1205
13839177    +Bayview Loan Srving LLC,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
              701 Market St., Ste. 5000,    Phila., PA 19106-1541
13256875    +Broomall Medical Group, P.C.,    2633 West Chester Pike,    Broomall, PA 19008-1930
13353760    +CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,    700 KANSAS LANE,
              MONROE, LA 71203-4774
13256876    +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13256877     Childrens Hospital of Philadelphia,    34th and Civic Center Blvd.,    Philadelphia, PA 19104
13256878    +Crozer Keystone Health System,    One Medical Center Boulevard,    Upland, PA 19013-3995
13256879     DEL-SER, Inc.,    P.O. Box 329,    Willow Street, PA 17584-0329
13256880     DJ Orthopedics LLC,    P.O. Box 515471,    Los Angeles, CA 90051-6771
13256881    +Ferry & Nicholas, Inc.,    Huntingdon Place Office Building,    One Braddock Road, Second Floor,
              Mount Pleasant, PA 15666-1458
13256882    +Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
13256883    +First Arnett Company,    P.O. Box 198988,    Nashville, TN 37219-8988
13256884    +Frost - Arnett Company,    P.O. Box 198988,    Nashville, TN 37219-8988
13352604    +JPMorgan Chase Bank NA,    c/o Jerome Blank, Esq.,    Phelan Hallinan LLP,
              1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13256885    +Michael B. Volk, Esquire,    Fulton, Friedman & Gullace, LLP.,    6 Kacey Court Suite 203,
              Mechanicsburg, PA 17055-9237
13256887    +Premier AD Premier Orthopaedic & Sports,    3809 West Chester Pike,    Suite 150,
              Newtown Square, PA 19073-0259
13256888    +Premier Surgical Orthopedic Association,    2004 Sproul Road,    Broomall, PA 19008-3511
13256889    +ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
13256891    +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13256892    +The Bourassa Law Group, LLC,    P.O. Box 28039,    Las Vegas, NV 89126-2039
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:05      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:34      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13264433      EDI: AIS.COM Jul 28 2017 01:38:00      American InfoSource LP as agent for,
              Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13256874     +EDI: ACCE.COM Jul 28 2017 01:38:00      Asset Acceptance, LLC,    Attn: Bankrupcy Dept,
              Po Box 2036,    Warren, MI 48090-2036
13468742      E-mail/Text: camanagement@mtb.com Jul 28 2017 01:49:21      M&T Bank,    PO BOX 840,
              BUFFALO, NY 14240-0840
13256886     +EDI: MID8.COM Jul 28 2017 01:38:00      Midland Funding,    8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
13464518      EDI: RECOVERYCORP.COM Jul 28 2017 01:38:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13256890     +EDI: NAVIENTFKASMSERV.COM Jul 28 2017 01:38:00      Sallie Mae,    Attn: Claims Department,
              Po Box 9500,    Wilkes-Barre, PA 18773-9500
13287930      EDI: NAVIENTFKASMGUAR.COM Jul 28 2017 01:38:00      Sallie Mae Inc. on behalf of USAF,
              Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                            Signature:   /s/Joseph Speetjens

Case 14-11655-sr   Doc 67   Filed 07/29/17   Entered 07/30/17 01:07:41   Desc Imaged
Certificate of Notice   Page 2 of 4

```
District/off: 0313-2          User: Randi                 Page 2 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: 318                Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              ALICIA M. SANDOVAL    on behalf of Creditor   Bayview Loan Servicing, LLC
               alicia.sandoval@obermayer.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              JEROME B. BLANK    on behalf of Creditor   JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bayview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor   JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              SCOTT F. WATERMAN    on behalf of Debtor Jennifer  Connor scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor   Bayview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jennifer Connor** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–3139** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **14–11655–sr** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer Connor

7/27/17

**By the court:**  Stephen Raslavich
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**